**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 26-cv-27844-BLOOM**

OLVIN BERRIOS RODRIGUEZ,

Petitioner,

v.

WARDEN, Miami Federal Detention Center and
U.S. DEPARTMENT OF HOMELAND SECURITY,

Respondents.
________________________________/

**ORDER REFERRING CASE TO VOLUNTEER ATTORNEY PROGRAM**

**THIS CAUSE** is before the Court upon Petitioner's Motion for Referral to Volunteer Attorney Program, ECF No. [3] ("Motion"). After reviewing the record in this case, the Court grants the Motion. Petitioner's case shall be referred to the Volunteer Attorney Program, where a volunteer attorney may accept the representation on a *pro bono* basis, if they so desire.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion **ECF No. [3]**, is **GRANTED**.
2. This case is referred to the Court's Volunteer Attorney Program, where a volunteer attorney may accept the representation on a *pro bono* basis if so desired. The Clerk of Court is directed to post Petitioner's contact information and the case description below on the Court's website of available *pro bono* cases seeking volunteer lawyers. If the representation is accepted, the volunteer attorney shall enter an appearance in the case and thereafter will be eligible for reimbursement of reasonable litigation expenses pursuant to the Court's Reimbursement Guidelines for Volunteer Counsel.
3. The Clerk of Court is **DIRECTED TO POST** the following description of the case:

> Petitioner Olvin Berrios Rodriguez has filed a habeas petition under 28 U.S.C. § 2241, challenging his immigration detention at the Miami Federal Detention Center as unconstitutional. Petitioner is a citizen of Honduras. Petitioner has been detained at the Miami Federal Detention Center since July 2026, and he has lived in the United States since 2019. Petitioner seeks immediate release.

4. Petitioner remains responsible for complying in a timely manner with court orders and rules until counsel makes an appearance on her behalf in these proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida, on November 6, 2026.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Olvin Berrios Rodriguez
A208781065/52383-506
Miami FDC
Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101
PRO SE